UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL ROCHA FONSECA,
Petitioner,
v.
FIELD OFFICE DIRECTOR, et al.,
Respondents.

Case No.: 26-CV-6086 JLS (DDL)

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

(ECF No. 1)

Presently before the Court is Miguel Angel Rocha Fonseca's Petition for Writ of Habeas Corpus ("Pet.," ECF No. 1) and Respondents' Response ("Ret.," ECF No. 4).

Petitioner is a citizen of Nicaragua who entered the United States on January 27, 2024, under humanitarian parole. Pet. ¶ 30. After a traffic stop, Petitioner was apprehended by immigration officers and detained. *Id.* ¶ 33. Petitioner argues that his arrest and subsequent detention without notice or an opportunity to be heard violates the Fifth Amendment's Due Process Clause and various statutes. *Id.* ¶¶ 37–47. As a result, he requests release from custody. *Id.* at 11–12. Respondents acknowledge that Petitioner was released on parole and thus "do not oppose the petition and defer to the Court on the appropriate relief." Ret. at 2–3. The Court finds that Petitioner is entitled to release. *See, e.g.*, *Noori v. LaRose*, 807 F. Supp. 3d 1146, 1163–67, 1169 (S.D. Cal. 2025) (granting

release under similar facts); *Tran v. LaRose*, No. 26-CV-2653 JLS (GC), 2026 WL 1303166, at *1–3 (S.D. Cal. May 12, 2026) (same); *Antonio v. LaRose*, No. 26-CV-2387-LL-MMP, 2026 WL 1215037, at *1–3 (S.D. Cal. May 4, 2026) (same).

Accordingly, the Court **GRANTS** the Petition for Writ of Habeas Corpus (ECF No. 1), and **ORDERS** Respondents to immediately release Petitioner from custody subject to the conditions of his preexisting parole. The Court **ORDERS**, prior to any re-detention of Petitioner, that Petitioner is entitled to notice of the reasons for revocation of his parole and a hearing before a neutral decision maker to determine whether detention is warranted. The government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk. The Parties are **ORDERED** to file a Joint Status Report by November 9, 2026, confirming that Petitioner has been released. As this concludes the litigation in this case, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: November 2, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge